**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SAMANTHA J.F.,**

**Plaintiff,** :

**v.**

**COMMISSIONER OF SOCIAL SECURITY,** :

**Defendant.**

**Case No. 2:25-cv-950**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on August 19, 2026. (ECF No. 14.) The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. (*Id.*, PAGEID ## 8740–41.) The time for filing objections has passed, and no objections have been filed.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the R&R without conducting a *de novo* review. For the reasons set forth therein, the Commissioner's non-disability determination is **REVERSED**, and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the R&R. The Clerk shall **TERMINATE** this case from the docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**